**In re Paul Albert SENNHENN, Jr., Debtor.**

**Bankruptcy No. C87–7594.**

United States District Court, N.D. Ohio, W.D.

Nov. 25, 1987.

## ORDER

McQUADE, District Judge.

This is an appeal from the Bankruptcy Court pursuant to 28 U.S.C. § 158(a), which the court has reviewed *de novo.*

The decision of the Bankruptcy Court, 80 B.R. 89 is affirmed. The appellant's plan clearly violates 11 U.S.C. § 1322. In addition, the appellees are entitled to relief from stay. 11 U.S.C. § 362(d)(1).

It is therefore

ORDERED that this appeal be dismissed at appellant's costs.